UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Cathy L. Waldor |
| | | Magistrate No. 12-7122 |
| v. | : | |
| LUIS ANGEL CORTES | : | <u>CONTINUANCE ORDER</u> |
|     a/k/a "Kiki" | : | |

This matter having come before the Court on the joint application of Luis Angel Cortes (by Lorraine Gauli-Rufo, Esq.), and the United States of America by Paul J. Fishman, United States Attorney for the District of New Jersey (Adam N. Subervi, Assistant U.S. Attorney, appearing), for an order granting a continuance of the proceedings in the above-captioned matter for a period of sixty (60) days to continue discovery and plea negotiations, and the defendant being aware that he has the right to have an Information or Indictment charging him with the commission of an offense within thirty (30) days of his arrest, and also having a right to have this matter brought to trial within 70 days of the date on which an Indictment is filed against him, pursuant to Title 18 of the United States Code, Section 3161(c)(1), and for good and sufficient cause shown,

    IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

    1. Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to continue discovery and negotiate a plea agreement, which would render any grand jury proceedings and any subsequent trial of

this matter unnecessary;

  2. Both parties have consented to the aforementioned continuance, which is the second continuance in this matter;

  3. Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this 11th day of May, 2012.

IT IS ORDERED that the proceedings in the above-captioned matter are continued for sixty days, from May 11, 2012 through and including July 10, 2012 in order to permit the parties to continue discovery and engage in plea negotiations; and

IT IS FURTHER ORDERED that May 11, 2012 through and including July 10, 2012 shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(4).

            _____
            HONORABLE CATHY L. WALDOR
            United States Magistrate Judge

Form and entry
consented to:

_____
Adam N. Subervi
Assistant U.S. Attorney

_____
Lorraine Gauli-Rufo, Esq.
Counsel for defendant Luis Angel Cortes

2